UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :     Case No. 23-cr-136 |
| v. | : |
| JOHN WILCOX, | : |
| Defendant. | : |

### STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA

**I.**  **Penalties**

The penalties for Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of Title 18, United States Code, 922(g)(1), are:

(A) a term of imprisonment not more than ~~10~~ 15 years; [handwritten initials: RK]

(B) a fine not to exceed $250,000;

(C) a term of supervised release of not more than three years; and

(D) a special assessment of $100.

**II.**  **Elements of the Offense**

To prove that the defendant is guilty of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, the government must prove the following beyond a reasonable doubt:

1. That the defendant possessed a firearm and ammunition;

2. That he did so voluntarily and on purpose, and not by mistake or accident, with knowledge that the items he possessed were a firearm and ammunition;

3. That the firearm and ammunition had been shipped or transported from one state to

1

    another (the District of Columbia is considered a state for this purpose); and

4. At the time the defendant possessed the firearm and ammunition, he had been convicted of a crime punishable by imprisonment of term exceeding one year and had knowledge of that fact.

### III. Proffer of Evidence

The following statement of facts does not purport to include all of the defendant's illegal conduct. It is intended to represent sufficient information for the Court to find a factual basis for accepting the defendant's guilty plea.

Had this case proceeded to trial, the government's evidence would have established the following beyond a reasonable doubt:

On Tuesday, July 12, 2022, at approximately 10:00 p.m., John Wilcox (Defendant Wilcox) was operating a black SUV with a covered Florida dealer tag in violation of D.C.M.R. § 18-422.8. United States Park Police Officers initiated a traffic stop of the vehicle at approximately O Street and South Capitol Street. The vehicle eventually came to a stop at N Street and South Capitol Street, in Washington, D.C.

Officers approached the vehicle's driver side and contacted Defendant Wilcox. As Officers approached the vehicle, Defendant Wilcox held a Military Identification Card out of the driver's side window that did not belong to him. While interacting with Defendant Wilcox, an Officer observed a clear plastic bag containing multiple-colored ziplock bags partially bulging from Defendant Wilcox's front shorts pocket. The Officer directed Defendant Wilcox out of the vehicle and toward the rear of the car, where he was forcibly placed in handcuffs following an initial refusal to comply.

Officers recovered the plastic bag from Defendant Wilcox's pocket, which contained

eighteen (18) small ziplock bags of a tan powder substance, and one clear plastic bag containing a tan powder substance, all of which contained fentanyl. Officers also recovered a clear plastic bag containing a white rock like substance, which was cocaine base.

Officers then removed a female passenger and child from the vehicle and searched the vehicle. This search yielded a pistol located in the glove compartment, identified as a Davis Industries, model P-32, .32 Caliber pistol with the serial number P037161. It was loaded with one ~~(1) round in the chamber and~~ three (3) rounds in the magazine. In the glove box, officers recovered a transparent plastic bag containing three smaller plastic bags, which contained a pink powder substance identified as fentanyl. Officers also recovered miscellaneous firearms parts from a locked combination black box, including a .32 caliber firearm slide, barrel, and spring. They also recovered a Ruger Archangel, 5.56 Caliber rifle with the serial number obliterated, located in the trunk. During the search of the vehicle, Defendant Wilcox stated multiple times that everything in the car belonged to him.

There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearms and ammunition in this case would have traveled in interstate commerce prior to being recovered in the District of Columbia.

Defendant Wilcox has three (3) prior felony convictions in Virginia. The first is Involuntary Manslaughter (Case No. FE-2006-875) for which he served fifty (50) months incarceration. The second is Felony Hit and Run (Case No. FE 2011-768), for which he served two (2) years' incarceration. The third is Grand Larceny (felony) (Case No. CR18F00644-00) for which he received a fully suspended five (5) year sentence. Therefore, the defendant was aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by more than one year.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney

*/s/ Richard Kelley*
Richard Kelley
Maryland Bar
Special Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
Phone: (202) 252-7518
Richard.Kelley3@usdoj.gov

## DEFENDANT'S ACCEPTANCE

I have read this Statement of Offense and carefully reviewed every part of it with my attorney, Elizabeth Mullin, Esq. I am fully satisfied with the legal services provided by my attorney in connection with this Statement of Offense and all matters relating to it. I fully understand this Statement of Offense and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to fully understand this Statement of Offense. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

Date: 9/21/23

John Wilcox
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Proffer of Facts and carefully reviewed it with my client and discussed it fully. I do not object to my client's agreement with and acceptance of this Proffer of Facts.

Date: 9/21/23

Elizabeth Mullin
Attorney for John Wilcox